

ORIGINAL

FILED IN OPEN COURT
U.S.D.C. - Atlanta

JAN - 7 2025

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

UNITED STATES OF AMERICA

*v.*

JABIN BETHEA

Criminal Indictment

No. **1:25-CR-007**

THE GRAND JURY CHARGES THAT:

## Background

At all times material to this indictment:

1. The Clayton County Jail in Jonesboro, Georgia was a facility operated and controlled by the Clayton County Sheriff's Office, which was responsible for the custody, control, care, and safety of pretrial detainees.

2. Defendant JABIN BETHEA was employed as a deputy with the Clayton County Sheriff's Office.

3. Individual 1 was a pretrial detainee at the Clayton County Jail.

## Count One

4. The Grand Jury re-alleges and incorporates by reference the factual allegations contained in paragraphs 1 through 3 of this Indictment as if fully set forth herein.

5. On or about May 16, 2024, in the Northern District of Georgia, Defendant JABIN BETHEA, while acting under color of law as a deputy for the Clayton County Sheriff's Office, willfully deprived Individual 1 of the right, secured and

protected by the Constitution and laws of the United States, not to be deprived of liberty without due process of law, which includes the right of a pretrial detainee to be free from a law enforcement officer's unreasonable use of force. Specifically, Defendant BETHEA, without legal justification, repeatedly tased Individual 1. The offense involved the use, attempted use, and threatened use of a dangerous weapon and resulted in bodily injury to Individual 1.

All in violation of Title 18, United States Code, Section 242.

### Count Two

6. The Grand Jury re-alleges and incorporates by reference the factual allegations contained in paragraphs 1 through 3 of this Indictment as if fully set forth herein.

7. On or about May 16, 2024, in the Northern District of Georgia, Defendant JABIN BETHEA, acting in relation to and in contemplation of a matter within the jurisdiction of the FBI, an agency of the United States, knowingly falsified and made a false entry in a record and document with the intent to impede, obstruct, and influence the investigation of that matter. Specifically, Defendant BETHEA wrote an incident report in which he falsely described his interaction with, and use of force against, Individual 1 by omitting that he uncuffed Individual 1 and by stating, in pertinent part, that (1) "[Individual 1] advised multiple times that he would beat my ass;" (2) "I gave [Individual 1] precise instructions to place his hands behind his back, which he failed to comply with . . . resulting in a taser deploy;" and (3) Defendant BETHEA deployed his taser only twice when in fact

2

he fired his taser at Individual 1 twice and used the taser to drive-stun Individual 1 six times.

All in violation of Title 18, United States Code, Section 1519.

A ___Trᵘᵉ_____ BILL

_____
FOREPERSON

RYAN K. BUCHANAN
*United States Attorney*

BRET R. HOBSON
*Assistant United States Attorney*
Georgia Bar No. 882520

BRENT ALAN GRAY
*Assistant United States Attorney*
Georgia Bar No. 155089

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000

3